MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail:   James.C.Mann@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | |
| v. | ) ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 31, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MARCEL J. ALLEY, et al., | ) ) | |
| Defendants. | ) ) ) | Date:   September 28, 2012<br>Time:   9:30 a.m.<br>Court:   Hon. Donna M. Ryu |

     The above-captioned matter is set on September 28, 2012 before this Court for a status hearing. The parties request that the Court continue the hearing to October 31, 2012 at 9:30 a.m. The parties further request that the Court exclude time under the Speedy Trial Act between September 28, 2012 and October 31, 2012 in light of (1) the need for defense counsel to review discovery produced by the United States, to discuss the evidence with their respective clients, and to investigate this matter, and (2) defense counsels' other scheduled case commitments during that time period.

     The remaining ten defendants, along with 21 co-defendants, were charged in a 28-count indictment with (1) conspiracy to possess with the intent to distribute and to distribute heroin and cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(i),

1  and 841(b)(1)(C); (2) possession with intent to distribute, and distribution of, heroin and cocaine,
2  in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and (3)
3  possession with intent to distribute, and distribution of, heroin and cocaine within 1,000 feet of a
4  school, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860.
5  Since July 2012, thirteen defendants have agreed to plead guilty and have scheduled change of
6  plea and sentencing hearings.  Eight defendants have not yet appeared in this case and one
7  defendant was dismissed from the case.

8    The United States has produced substantial discovery to defendants, including draft
9  linesheets from the wiretaps, recorded telephone calls from the wiretaps, recordings of controlled
10 purchases conducted by law enforcement, information regarding defendants' criminal histories
11 (including police reports related to prior arrests), and documents related to the authorization of
12 the wiretaps.  Defense counsel need additional time to review the discovery that has been
13 produced, to discuss the evidence with their respective clients, and to investigate the matter.
14 Given these circumstances, the ends of justice served by excluding the period from September
15 28, 2012 to October 31, 2012 outweighs the best interest of the public and the defendants in a
16 speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Failure to grant the requested continuance
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

STIP. REQ. TO CONTINUE HEARING TO OCTOBER 31, 2012 AND TO EXCLUDE TIME
CR-12-00495 SBA                2

would unreasonably deny defense counsel reasonable time necessary for effective preparation, and would unreasonably deny defendants continuity of counsel, taking into account the exercise of due diligence.

DATED: September 24, 2012

_____/s/_____
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

_____/s/_____
ANGELA HANSEN
Counsel for Carles Lashuan Buie, II

_____/s/_____
JOHN JAMES JORDAN
Counsel for Juan Jesus Colon, Jr.

_____/s/_____
MICHAEL STEPANIAN
Counsel for Manuel Colon, Jr.

_____/s/_____
GAIL SHIFMAN
Counsel for Javance Cormier

_____/s/_____
MARTHA ANN BOERSCH
Counsel for Dana Ray Houston

_____/s/_____
RICHARD B. MAZER
Counsel for Erik Andre Miles

_____/s/_____
BRENDAN MICHAEL HICKEY
Counsel for Eric Baronne Moore

_____/s/_____
ROBERT WAGGENER
Counsel for Adrian Dewayne Walker

_____/s/_____
SUZANNE M. MORRIS
Counsel for Lenzy Jerome Wash

_____/s/_____
GARRICK SHERMAN LEW
Counsel for James Hampton Worthington, Jr.

STIP. REQ. TO CONTINUE HEARING TO OCTOBER 31, 2012 AND TO EXCLUDE TIME
CR-12-00495 SBA                      3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 31, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MARCEL J. ALLEY, et al., | ) ) | |
| Defendants. | ) ) ) ) | Date:  September 28, 2012<br>Time:  9:30 a.m.<br>Court: Hon. Donna M. Ryu |

  The parties jointly requested that the status hearing in this matter be continued from September 28, 2012 to October 31, 2012, and that time be excluded under the Speedy Trial Act between those dates to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

  The remaining ten defendants, along with 21 co-defendants, were charged in a 28-count indictment with (1) conspiracy to possess with the intent to distribute and to distribute heroin and cocaine, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(B)(i),

and 841(b)(1)(C); (2) possession with intent to distribute, and distribution of, heroin and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and (3) possession with intent to distribute, and distribution of, heroin and cocaine within 1,000 feet of a school, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860. Since July 2012, thirteen defendants have agreed to plead guilty and have scheduled change of plea and sentencing hearings. Eight defendants have not yet appeared in this case and one defendant was dismissed from the case.

The United States has produced substantial discovery to defendants, including draft linesheets from the wiretaps, recorded telephone calls from the wiretaps, recordings of controlled purchases conducted by law enforcement, information regarding defendants' criminal histories (including police reports related to prior arrests), and documents related to the authorization of the wiretaps. Defense counsel need additional time to review the discovery that has been produced, to discuss the evidence with their respective clients, and to investigate the matter.

The parties agree to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from September 28, 2012 to October 31, 2012, in light of (1) the need for defense counsel to review discovery produced by the United States, to discuss the evidence with their respective clients, and to investigate this matter, and (2) defense counsels' other scheduled case commitments during that time period. The extension is not sought for delay. The parties agree the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from September 28, 2012 to October 31, 2012 at 9:30 a.m. before this Court, and that time between

////

////

////

1  September 28, 2012 and October 31, 2012 is excluded under the Speedy Trial Act to allow for
2  the effective preparation of counsel, taking into account the exercise of due diligence, and
3  continuity of defense counsel.

6  DATED: September 24, 2012
   _____
   HON. DONNA M. RYU
   United States Magistrate Judge