1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )     No. CR-12-00495 SBA
                                      )
12        Plaintiff,                  )     ORDER GRANTING STIPULATED
                                      )     REQUEST TO SET CHANGE OF PLEA
13      v.                            )     AND SENTENCING ON JANUARY 16,
                                      )     2013 AND TO EXCLUDE TIME UNDER
14   CARLES LASHUAN BUIE, II,         )     THE SPEEDY TRIAL ACT
                                      )
15        Defendant.                  )     Date:        September 28, 2012
                                      )     Time:        9:30 a.m.
16                                    )     Court:       Hon. Donna M. Ryu
                                      )
17   _____)

18

19        The parties jointly requested that the September 28, 2012 status hearing as to defendant

20   Carles Lashuan Buie, II be vacated and that this matter be set for change of plea and sentencing

21   on January 16, 2013 at 10:00 a.m.  The parties further requested that time be excluded under the

22   Speedy Trial Act between September 24, 2012 and January 16, 2013 to allow time for the Court

23   to consider the proposed plea agreement to be entered into by the defendant and the attorney for

24   the government, and to allow time for the preparation of a Presentence Investigation Report by

25   the United States Probation Office.  Defendant agreed that the Court may review the pre-plea

26   Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause

27   appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 16, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA

1    **IT IS HEREBY ORDERED** that this matter as to defendant Carles Lashuan Buie, II is

2    set for change of plea and sentencing on January 16, 2013 at 10:00 a.m., and that time between

3    September 24, 2012 and January 16, 2013 is excluded under the Speedy Trial Act, and

4    specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed

5    plea agreement to be entered into by the defendant and the attorney for the government.

6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

7    Presentence Investigation Report.

8

9    DATED:_9/25/12                                    _Saundra B Armstrong_____

10                                                     HON. SAUNDRA BROWN ARMSTRONG
                                                       United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON JANUARY 16, 2013 & TO EXCLUDE TIME
No. CR-12-00495 SBA