MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail:  James.C.Mann@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00495 SBA |
| Plaintiff, | ) ) | STIPULATED REQUEST TO SET CHANGE OF PLEA ON JANUARY 22, 2013 AND ORDER |
| v. | ) ) | |
| CARLES LASHUAN BUIE, II, | ) ) | Date:       January 16, 2013 |
| Defendant. | ) ) | Time:       10:00 a.m. Court:       Hon. Saundra Brown Armstrong |
| | ) ) ) | |

The above-captioned matter is set on January 16, 2013 before this Court for change of

plea and sentencing.  The parties request that this Court vacate that date as to defendant Carles

Lashuan Buie, II and set this matter for change of plea on January 22, 2013 at 9:30 a.m. before

the Hon. Kandis A. Westmore.

DATED: December 21, 2012


_____/s/_____
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

_____/s/_____
ANGELA M. HANSEN
Counsel for Carles Lashuan Buie, II

1      **IT IS HEREBY ORDERED** that this matter as to defendant Carles Lashuan Buie, II is

2  set for change of plea on January 22, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

3

4  DATED:_12/26/12_____      _____*Saundra B Armstrong*_____

5                HON. SAUNDRA BROWN ARMSTRONG
              United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 22, 2013
No. CR-12-00495 SBA